UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-61269-CIV-SINGHAL

MAURICIO DE JESÚS PRADO
LÓPEZ,

      Petitioner,

vs.

WARDEN, Broward Transitional
Center

      Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Application to Proceed in In Forma Pauperis (the "**Application**").  (DE [4]).  Having reviewed the Application, the docket, and otherwise being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Application (DE [4]) is **GRANTED** as follows:

1. Petitioner may proceed *in forma pauperis*;

2. Petitioner is **ORDERED** to prepare summonses pursuant to Federal Rule of Civil Procedure 4(a) for each Respondent named in the petition for writ of habeas corpus (DE [1]);

3. the Clerk of Court is **ORDERED** to expeditiously issue the summonses when filed; and

4. the United States Marshal or deputy marshal are **ORDERED** to thereafter expeditiously serve process on Respondent(s) as required by law.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF