UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61269-CIV-SINGHAL

MAURICIO DE JESÚS PRADO
LÓPEZ,

     Petitioner,

vs.

WARDEN, Broward Transitional
Center

     Respondent.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on Petitioner's Emergency Motion to Stay Transfer or Removal (the "**Motion**").  (DE [6]).  Specifically, Petitioner seeks a "stay" prohibiting his transfer from the Broward Transitional Center or his removal from the United States, arguing either action would cause him irreparable harm and destroy this Court's jurisdiction.  (DE [6] at 1).  This Court has no jurisdiction to interfere with the execution of a final order of removal, and thus is unable to stay Petitioner's removal.  *See* 8 U.S.C. § 1252(g).  But, because Petitioner sues only his immediate custodian and no other supervisory official who would have authority to order his release, his transfer outside the Southern District of Florida would destroy this Court's jurisdiction.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 440 (2004).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [6]) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. To the extent Petitioner seeks an order enjoining his transfer outside the Southern District of Florida for purposes of his detention pending removal, the Motion (DE [6]) is **GRANTED**;

2. This injunction shall remain in effect until the earlier of either:

   a. an adjudication of Petitioner's Emergency Petition for Writ of Habeas Corpus (DE [1]), or

   b. further order of the Court;

3. To the extent Petitioner seeks an order enjoining his removal or actions taken to execute a final order of removal, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF