UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-61269-CIV-SINGHAL

MAURICIO DE JESÚS PRADO
LÓPEZ,

      Petitioner,

vs.

WARDEN, Broward Transitional
Center,

      Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Motion for Extension of Time to File Reply to Respondent's Response to Order to Show Cause (the "**Motion**").  (DE [15]). Petitioner explains that he is unable to reply to Respondents' Response to Order to Show Cause (DE [12]) by the June 4, 2026, deadline because he has not yet received service of same.  (DE [15] at 2–3).  Accordingly, he seeks to extend his reply deadline to fourteen days after receiving service of Respondents' Response.  (DE [15] at 3).  Having considered the Motion, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Clerk of Court is **DIRECTED** to mail to Petitioner a copy of Respondents' Response to Order to Show Cause (DE [12]);

2. Petitioner's deadline to reply to Respondents' Response is **EXTENDED** to **June 23, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF